UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| SYLVAN L. GODFREY,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 3:20-CV-03017-RAL<br><br>JUDGMENT OF DISMISSAL |

Based on the Order Granting Motion to Dismiss and the reasons contained therein, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits under Rules 54 and 58 of the Rules of Civil Procedure with judgment against Plaintiff and for the Defendants hereby entering.

DATED this 10th day of May, 2021.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE